JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMY TSANG,<br><br>         Plaintiff,<br><br>    vs.<br><br>FCA US, LLC; TUTTLE-CLICK'S TUSTIN CHRYSLER JEEP DODGE; and DOES 1 through 10, inclusive,<br><br>         Defendants. | CASE NO.:  2:20-cv-02275-RGK (KSx)<br><br>(Removed from California Superior Court, Los Angeles County – Case No. 20STCV04547)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO CALIFORNIA SUPERIOR COURT** |

For good cause showing, IT IS ORDERED that this case is immediately remanded back to the Superior Court of the State of California in the Los Angeles County Central District Court according to the terms of the parties' Joint Stipulation.

**IT IS SO ORDERED.**

Dated: April 24, 2020

*/s/ Gary Klausner*
_____
HON. R. GARY KLAUSNER
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020, I filed the foregoing document entitled **[PROPOSED] ORDER <u>GRANTING</u> JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO CALIFORNIA SUPERIOR COURT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/ Monica Y. Hernandez*
Monica Y. Hernandez